### Robert Mitchell *vs.* Isaac B. Clapp & another.

In an action upon Rev. Sts. *c.* 58, § 13, to recover double damages for an injury by a dog, judgment will not be arrested, because the declaration does not set forth that the acts were done *contra formam statuti.*

In an action on Rev. Sts. *c.* 58, § 13, giving double damages against the keeper of a dog, in favor of a party sustaining damage by such dog, after verdict for the plaintiff, the defendants moved in arrest of judgment, because the injurious acts were not alleged to have been done, *contra formam statuti.* The motion was overruled in the court of common pleas, and the defendants excepted.

*M. G. Cobb*, for the defendants.

*E. Buttrick*, for the plaintiff.

By the Court. This is essentially a remedial and not a penal statute. The damages are given wholly to the party injured. The point was directly decided in *Reed* v. *Northfield*, 13 Pick. 94.                         *Exceptions overruled.*